UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JUAN PUGA                                           CIVIL ACTION

VERSUS                                              NO. 11-2853

THE HASTINGS LAW FIRM, P.C., and                    SECTION: "C" (3)
AND TOMMY R. HASTINGS

**ORDER**

IT IS ORDERED that the Motion for Reconsideration filed by Plaintiff is DENIED. (Rec. Doc. 30). The Motion raises no new issues. Indeed, the issues discussed in the Motion have been reviewed by this Court now four (4) times. *See* Case No. 11-526, Rec. Docs. 21, 26; Case No. 11-2853, Rec. Docs. 27, 30. There is no indication that the relevant circumstances have changed. Furthermore, Plaintiff cites *Celestine v. National Union Fire Ins. Co. of Pittsburgh, Pa.*, 115 Fed. Appx. 658 (5th Cir. 2004), to argue that the Court improperly dismissed without prejudice the above-captioned case, and that it should have instead remanded the case to state court. This case is unpersuasive for at least two reasons. First, the Fifth Circuit there merely held that the district court was wrong to decline to exercise jurisdiction over the declaratory action. It made no holding with respect to the manner in which the district court disposed of the case. Second, the United States Supreme Court has stated that a district court declining to exercise jurisdiction over a declaratory action may do so "by either dismissing the suit or remanding it to state court." *Quackenbush v. Allstate Ins. Co.*, 517 U.S. 706, 721 (1996). Taken together, these case do not require this Court to

remand the case to state court. Besides these two sources, Plaintiff has not indicated any authority requiring the Court to remand the case to state court, and the Court has found none.

New Orleans, Louisiana, this 29th day of June, 2012.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE